MARGARET McEVOY, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued March 6, 1944; decided April 20, 1944.

*Ignatius M. Wilkinson,* Corporation Counsel (*Samuel A. Bloom, James Hall Prothero* and *Frank Horan* of counsel), for appellant.

*Louis Baron* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEWIS, J. Taking no part: THACHER, J.